UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No: 04-10381MEL

GREGORY GENDREAU and )
AYSHIA STEPHENSON,     ) MAGISTRATE JUDGE _____
                       )
    PLAINTIFFS         )
                       )
vs.                    )   PLAINTIFFS' COMPLAINT
                       )
TOBIAS STAPLETON,      )
                       )
    DEFENDANT          )

RECEIPT # _54/24_
AMOUNT $ ___
SUMMONS ISSUED ___
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. ___
DATE 2/26/04

**PARTIES**

1.) The Plaintiff, Gregory Gendreau, is domiciled in North Attleboro in the Commonwealth of Massachusetts.

2.) The Plaintiff, Ayshia Stephenson, is domiciled in said North Attleboro in the Commonwealth of Massachusetts.

3.) The Defendant, Tobias Stapleton, is domiciled in Providence in the State of Rhode Island.

**JURISDICTION**

4.) The Plaintiffs bring their action in this Honorable Court pursuant to 28USCA, §1332, for damages arising from personal injuries which they allege were suffered by each of them as the result of the Defendant's negligence in causing a motor vehicle collision in Swansea, Massachusetts, on July 30, 2002.

5.)   The Plaintiff, Gregory Gendreau, says that the damages sought by him from the Defendant, Tobias Stapleton, are in excess of $75,000.00.

6.)   The Plaintiff, Ayshia Stephenson, says that the damages sought by her from the Defendant, Tobias Stapleton, are in excess of $75,000.00.

## ALLEGATIONS OF FACT

7.)   The Plaintiff, Gregory Gendreau, says that on July 30, 2002, while he operated a motor vehicle west bound on Route 195 in said Swansea, Massachsuetts, the Defendant, Tobias Stapleton, negligently operated a motor vehicle causing it to strike with great force and violence the rear of the Plaintiff, Gregory Gendreau's, vehicle.

8.)   As a result of being struck by the vehicle operated by the Defendant, the Plaintiff, Gregory Gendreau, was thrown from his vehicle and landed a considerable distance away, causing massive and permanent injuries to his head, body and mind, totally disabling him from engaging in his usual occupation, forcing him to incur great expense for medications, hospitalization, treatment by physicians, nurses, psychologists and other health professionals and for permanent pain and suffering, loss of function and precluding him from enjoyment of the pleasures of life which he had heretofore enjoyed.

9.)   The Plaintiff, Ayshia Stephenson, says that on July 30, 2002, she was a college student and part-time tutor, and she was a passenger in the vehicle operated by Gregory Gendreau.  As the result of the negligent operation of a vehicle operated by the Defendant, it struck the rear of the Gendreau vehicle with great force and violence.

10.) As a result of being struck by the vehicle operated by the Defendant, the Plaintiff, Ayshia Stephenson, was thrown from the Gendreau vehicle a considerable distance and landed on the pavement, causing great and permanent injuries of body and mind, including severe and permanent scarring of her face, head, knees and other parts of her body. As a result of her injuries, her education was interrupted for a long period of time, and she was unable to resume her part-time occupation as a tutor. She also alleges that as a result of her injuries, she incurred great expense for medications, hospitalization, treatment by physicians, nurses, psychologists and other health professionals, permanent pain and suffering, loss of function and was precluded from enjoying the pleasures of life she had heretofore enjoyed.

## COUNT ONE

11.) The Plaintiff, Gregory Gendreau, demands damages from the Defendant, Tobias Stapleton, for his personal injuries caused by his negligence, together with the Plaintiff's costs and counsel fees.

## COUNT TWO

12.) The Plaintiff, Ayshia Stephenson, demands damages from the Defendant, Tobias Stapleton, for her personal injuries suffered as the result of his negligence, together with the Plaintiff's costs and counsel fees.

13.) **PLAINTIFFS DEMAND TRIAL BY JURY ON ALL ISSUES AND COUNTS.**

GREGORY GENDREAU and
AYSHIA STEPHENSON
By Their Attorney,

FRANCIS M. O'BOY, ESQUIRE
41 Harrison Street
Taunton, MA 02780
(508) 823-1133
BBO No: 375465