UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY GENDREAU and ) <br> AYSHIA STEPHENSON, ) <br> ) <br> PLAINTIFFS ) <br> ) <br> vs. ) <br> ) <br> TOBIAS STAPLETON, ) <br> ) <br> DEFENDANT ) | Civil Action No: <br><br> AFFIDAVIT OF DAMAGES <br> OF GREGORY GENDREAU <br><br> 04-10381MEL |

I, **GREGORY GENDREAU**, the Plaintiff in the above-captioned matter, in support of my allegations that damages in my case would exceed the sum of Seventy-Five Thousand ($75,000.00) Dollars, state as follows:

### Injuries Received by Gregory Gendreau

As a result of the July 30, 2002, accident, I sustained a right temporal fracture, left parietal fracture, cervical spine fracture, an open occipital fracture, status-post staples to the cranium, left auricular pain, scrapes over my head and all four limbs, suffered a hearing loss and persistent central dizziness with severe head trauma, vertigo, experienced positional disequilibrium, memory loss, post concussive syndrome, cognitive disorder, chronic pain syndrome, soft tissue swelling, hematoma overlying the left occipital bone fracture site, persistent headaches, a lack of ability to smell (CT scan demonstrated mucosal thickening in the floor of the right maxillary sinus). A CT scan of the brain disclosed left temporal lobe intraparenchymal hemorrhage. I also continue to suffer from severe major depression.

### Damages

I have incurred the following damages to date:

**Medical**

| | | |
|---|---|---|
| Rhode Island Hospital (Lifespan) | - | $15,960.00 |
| Rhode Island Medical Imaging | - | $ 1,471.00 |
| New Bedford Medical Assoc | - | $   325.00 |
| University Emerg Med Foundation | - | $   866.00 |
| Swansea Ambulance Corps | - | $   865.00 |
| Neurosurgery Foundation, Inc. | - | $   254.00 |
| CVS (prescriptions) | - | $   113.43 |
| St. Anne's Hospital | - | $ 2,042.00 |
| Clifton Rehabilitative Nursing Ctr | - | $ 2,543.15 |
| Coastal Hearing Care | - | $ 1,168.33 |
| Dr. Jeremy Worthington | - | $   225.00 |
| Dr. Mary Smyth | - | $   560.00 |
| Dr. Keith Ablow | - | $   500.00 |
| | | $26,892.91 |

**Lost Wages**:

I have been unable to work since the date of accident. I had been working two jobs (one full-time and one part-time) and my earnings were as follows:

GHP Associates -- $640.00 per week
Woodworth Construction (weekends) -- $345.00 per week

From July 30, 2002, through October 31, 2003, lost wages amounted to $64,025.00 (65 weeks @ $985.00 per week)

Note: On October 31, 2003, I received a favorable decision from the Social Security Administration stating that I am entitled to Social Security Disability Benefits.

**Prognosis:**

I continue to suffer from post-concussive syndrome, an organic mental disorder, depression, cognitive disorder, memory loss and chronic pain syndrome.

**SWORN** and subscribed to under the pains and penalties of perjury, this 17th day of February, 2004.

_____
GREGORY GENDREAU

## COMMONWEALTH OF MASSACHUSETTS

Bristol, SS.                                             Taunton, February 17, 2004

Then personally appeared **GREGORY GENDREAU**, well known to me, who on oath swore and deposed the foregoing to be true and complete as far as it was based upon his own personal knowledge, and as far as it is based upon information and belief, he believes it to be true, before me

_____
Notary Public
My Com. Exp: 9/5/08