UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No:

| | |
|---|---|
| GREGORY GENDREAU and AYSHIA STEPHENSON, ) ) ) | |
| PLAINTIFFS ) ) ) | AFFIDAVIT OF DAMAGES OF AYSHIA STEPHENSON |
| vs. ) ) | |
| TOBIAS STAPLETON, ) ) | 04-10381MEL |
| DEFENDANT ) | |

I, **AYSHIA STEPHENSON**, the Plaintiff in the above-captioned matter, in support of my allegations that damages in my case would exceed the sum of Seventy-Five Thousand ($75,000.00) Dollars, state as follows:

### Injuries Received by Ayshia Stephenson

As a result of the July 30, 2002, accident, I sustained severe road rash on my left shoulder, left elbow, right knee, left foot, left ankle, left knee requiring sutures, whiplash, and facial lacerations requiring sutures. I have been left with scarring on my face, shoulder, knees, ankle, and foot, and have persistent headaches. I also suffered post-traumatic stress disorder and severe depression.

### Damages

I have incurred the following damages to date:

### Medical

| | |
|---|---|
| Charlton Memorial Hospital | $6,979.41 |
| Adams Center for Aesthetic Surgery | $ 425.00 |
| UT Radiology | $ 780.00 |
| Swansea Family Practice Group | $ 375.00 |
| Coastal Orthopedics | $ 479.00 |
| Town of Somerset (Ambulance) | $ 727.97 |
| Dr. Keith Ablow | $ 500.00 |
| | $10,266.38 |

### Lost Wages:

I was a part-time college student and working part-time as a private teacher of an autistic child as of the date of the accident. I had been working twenty hours per week at the rate of $12.00 per hour, but I already had confirmation from my employer (Dr. Mohamed Habibulla) that my hours were going to increase to forty hours per week the month following the accident.

**Prognosis:**

I have severe and disfiguring scarring on my face, together with severe scarring on my back, shoulder leg, knee and ankle. I have been advised by a plastic surgeon that surgery will not eradicate this scarring. I continue to suffer from post-traumatic stress disorder, chronic pain, including daily headaches, neck and shoulder pain. I have flashbacks, difficulty concentrating and organizing my thoughts and activities, decreased memory, decreased self-esteem, and suffer from severe major depression.

**SWORN** and subscribed to under the pains and penalties of perjury, this 19th day of February, 2004.

_____
**AYSHIA STEPHENSON**


COMMONWEALTH OF MASSACHUSETTS

Bristol, SS.                                Taunton, February 19, 2004

Then personally appeared **AYSHIA STEPHENSON**, proved to me through satisfactory evidence of identification, which was her Massachusetts Identification Card, to be the person whose name is signed on this document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of her knowledge and belief, before me

_____
Notary Public
My Com. Exp: 9/5/08