AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

Gregory Gendreau and
Ayshia Stephenson

V.

Tobias Stapleton

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-10381MEL

TO: (Name and address of Defendant)

Tobias Stapleton
233 Gano Street
Providence, Rhode Island

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Francis M. O'Boy, Esquire
Law Offices of Francis M. O'Boy
41 Harrison Street
Taunton, MA  02780

an answer to the complaint which is served on you with this summons, within __Sixty (60)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE  FEB 26 2004

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE March 16, 2004 |
| NAME OF SERVER (PRINT) Brian Schulze | TITLE DeputySheriff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 233 Gano Street, Providence
(White, M, 5'9-6'0", 131-160lbs, 36-50yrs)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00    60.00 |

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## CERTIFICATION OF OFFICE - DEPUTY SHERIFF
### OFFICE OF THE CLERK OF SUPERIOR COURT

☒ PROVIDENCE/BRISTOL    ☐ KENT    ☐ WASHINGTON    ☐ NEWPORT

I, Kristal St. Jacques Asst., Clerk of the Superior Court of said State for the above County, the same being a Court of Record and having by law a seal, DO HEREBY CERTIFY, that BRIAN SCHULZE is a DEPUTY SHERIFF in and for said State, and as such was, at the time of making service of the within document, duly appointed, qualified and authorized to perform all the duties of a DEPUTY SHERIFF; that I am well acquainted with the handwriting of the above-named deputy sheriff and believe that the signature on the within document is genuine.

In attestation whereof, I subscribe my name and affix the seal of said Superior Court.

Kristal St. Jacques  Asst. Clerk
(Signature)

3/18/04
Date

SR-22 (Rev. 10/92)