UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10381MEL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GREGORY GENDREAU and )
AYSHIA STEPHENSON )
    Plaintiffs )
)
v. )
)
TOBIAS STAPLETON )
    Defendant )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**APPEARANCE**

Kindly enter my appearance for the Defendant, Tobias Stapleton, in the above entitled matter.

_____
John T. Murray, Esquire
BBO #364680
Law Offices of
Aleixo and Murray, P.C.
12 Taunton Green, Suite 204
Post Office Box 4008
Taunton, MA 02780
(508) 823-4561

April 14, 2004