UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10381MEL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
)
GREGORY GENDREAU and                )
AYSHIA STEPHENSON                    )
    Plaintiffs                    )
                                     )
v.                                   )
                                     )
TOBIAS STAPLETON                     )
    Defendant                     )
                                     )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT

#### PARTIES

1.   The Defendant admits the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2.   The Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.   The Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

#### JURISDICTION

4.   The Defendant neither admits nor denies the allegations contained in Paragraph 4 of Plaintiffs' Complaint as it does not contain an allegation which requires a response.

5.   The Defendant denies the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6.   The Defendant denies the allegations contained in Paragraph 6 of Plaintiff's Complaint.

#### ALLEGATIONS OF FACT

7.   The Defendant admits that he struck the rear of the vehicle operated by Gregory Gendreau but denies all other allegations.

8.   The Defendant denies the allegations contained in Paragraph
     8 of Plaintiff's Complaint.

9.   The Defendant admits that the Plaintiff Ayshia Stephenson
     was a college student and part time tutor and passenger in
     the motor vehicle operated by Gendreau at the time of the
     accident but denies all other allegations contained in
     Paragraph 9 of Plaintiffs' Complaint.

10.  The Defendant denies the allegations contained in Paragraph
     10 of Plaintiff's Complaint.

### COUNT ONE

11.  The Defendant nether admits nor denies the allegations
     contained in Paragraph 11 of Plaintiffs' Complaint as it
     does not contain an allegation which requires a response.

### COUNT TWO

12.  The Defendant nether admits nor denies the allegations
     contained in Paragraph 12 Of Plaintiffs' Complaint as it
     does not contain an allegation which requires a response.

13.  The Defendant nether admits nor denies the allegations
     contained in Paragraph 13 of Plaintiffs' Complaint as it
     does not contain an allegation which requires a response.

### AFFIRMATIVE DEFENSES

1.   The complaint fails to state a claim against the Defendant
     upon which relief can be granted.

2.   The Defendant says that the cause of action mentioned in the
     complaint did not occur within the time limited by statute
     for the commencement of this action.

3.   The Defendant says that the injuries or damages alleged were
     caused in whole or in part by the Plaintiff's conduct.

4.   The Defendant says that the act or acts and omissions
     alleged in the complaint to be negligent were committed, if
     at all, by the person whose conduct the Defendant was not
     legally responsible.

5.   The Defendant says that the injuries or damages alleged were
     caused in whole or in part by the violation by the Plaintiff
     of the various statutes, ordinances and regulations
     governing the conduct of the parties at the time said
     injuries or damages were sustained.

6.  The Defendant denies that the place where the alleged
    accident happened was a public way and hereby makes a
    special demand for proof that the said place or places were
    public ways.

7.  The Defendant claims exemption from tort liability under
    Massachusetts General Laws, Chapter 90, Section 34(m).

8.  The Defendant says that the Plaintiff is not entitled to
    maintain this action under provisions of Massachusetts
    General Laws Chapter 231, Section 6(d).

9.  The Defendant says that the Plaintiff was more than 50%
    negligent in causing or attributing to the accident or
    injuries  alleged and therefore, the Plaintiff cannot
    recover or any verdict or finding in his favor must be
    reduced by the percentage of negligence attributed to said
    Plaintiff.

10. The Defendant says that the Plaintiff assumed the risk of
    the accident and injuries alleged and therefore, the
    Plaintiff cannot recover.

11. The Defendant says that the Plaintiff was in violation of
    the law at the time and place of the alleged accident which
    violation of the law caused or contributed to the happening
    of said accident and therefore, the Plaintiff cannot
    recover.

12. The Defendant says that there was insufficiency of service
    of process.

13. The Defendant says that there was insufficiency of process.

14. This Court lacks jurisdiction.

**THE DEFENDANT, TOBIAS STAPLETON, DEMANDS A TRIAL BY JURY AS
TO ALL ISSUES.**

The Defendant
By his Attorney,

John T. Murray, Esquire
Law Offices of
Aleixo & Murray P.C.
12 Taunton Green, Suite 204
Post Office Box 4008
Taunton, MA 02780
(508) 823-4561

## CERTIFICATE OF SERVICE

The undersigned on behalf of counsel for the Defendant hereby certifies that service of the foregoing **APPEARANCE and ANSWER OF THE DEFENDANT TOBIAS STAPLETON**, were given this day by mailing, postage prepaid, a copy of same to counsel for the Plaintiff:

Francis M. O'Boy, Esquire
41 Harrison Street
Taunton, MA 02780

Signed under the penalties of perjury this 14th day of

_Ashley M. Cutto_
Law Offices of Aleixo & Murray P.C.
12 Taunton Green, Suite 204
Post Office Box 4008
Taunton, MA 02780
(508) 823-4561