UNITED STATES DISTRICT COURT

District of Massachusetts
Case No.: 04-10381MEL

| | |
|---|---|
| Gregory Gendreau and ) | |
| Ayshia Stephenson ) | **JOINT MOTION FOR** |
| ) | **CONTINUANCE OF RULE 16** |
| V. ) | **CONFERENCE PURSUANT** |
| ) | **TO LOCAL RULE 43.3** |
| Tobias Stapleton ) | |

**NOW COME** the parties, in the above-entitled matter, by their respective attorneys and move this Honorable Court for a continuance of the Rule 16 Conference scheduled before the Court on Wednesday June 2, 2004 at 2:15 p.m. to Thursday July 15, 2004 at 2:15 p.m.

As grounds therefore Plaintiff's counsel says that he never received the E-mail notice sent by the Court scheduling the conference for the above date, and was only apprised of it late in the afternoon of Friday May 28, 2004 by counsel for the Defendant. Counsel further says that on June 2, 2004 he is engage in proceedings in felony cases for manslaughter and mayhem before the Bristol County Superior Court sitting at New Bedford.

Counsel further says that this is the first continuance sought by either side in this case, that he has prepared a joint statement pursuant to Local Rule 16.1(D) which is satisfactory to Defendant's counsel, that he will file the same with this Honorable Court on or before June 7, 2004.

| | |
|---|---|
| **TOBIAS STAPLETON** | **GREGORY GENDREAU and** |
| By his attorney | **AYSHIA STEPHENSON** |
| | By their attorney |
| *John T. Murray* | *Francis M. O'Boy* |
| JOHN T. MURRAY | FRANCIS M. O'BOY |
| Aleixo & Murray P.C. | 41 Harrison Street |
| 12 Taunton Green, Suite 204 | Taunton, MA 02780 |
| Taunton, MA 02780 | (508) 823-1133 |
| (508) 823-4561 | B.B.O. #375465 |
| B.B.O. #364680 | E-mail: francis_o_boy@hotmail.com |