UNITED STATES DISTRICT COURT

District of Massachusetts
Case No.: 04-10381MEL

Gregory Gendreau and )
Ayshia Stephenson )
) **AFFIDAVIT IN SUPPORT OF**
V. ) **MOTION FOR CONTINUANCE**
) **OF RULE 16 CONFERENCE**
Tobias Stapleton )

**NOW COMES** Francis M. O'Boy, counsel for the Plaintiffs Gregory Gendreau and Ayshia Stephenson, and on oath says as follows:

1. I have been admitted to practice before this Honorable Court for better than 25 years.

2. When the above-entitled action was filed on February 26, 2004, I included my E-mail address on the civil action cover sheet.

3. I have a computer in my office and my home, and I make it a practice to access my E-mail site at least twice daily. The site is also accessed daily by my secretary.

4. I never received an E-mail from this Honorable Court informing me of the Rule 16 Conference scheduled for June 2, 2004 at 2:15 p.m.

5. I first learned of the conference after I had returned to my office from court at 4:30 p.m on Friday May 28, 2004 via a phone message from John Murray, counsel for the Defendant.

6. I am scheduled to appear on June 2 at 9:00 a.m. for a client charged in the Bristol County Superior Court at New Bedford with manslaughter (Commonwealth vs. Shaun Connolly Docket No. 04-52) for a plea conference that I expect will take up the morning session. In the afternoon of June 2 at 2:00 p.m. I will be representing a client on a bail appeal in the Bristol County Superior Court at New Bedford in a mayhem case arising out of the Attleboro District Court. (Commonwealth vs. Daniel Berghman Docket No. 0434CR1370).

7. I have prepared a joint statement pursuant to Local Rule 16(D), which is satisfactory to my brother, Mr. Murray, and I will file the same with the Court on or before June 7, 2004.

1

8.    Counsel have agreed to appear before this Honorable Court on July 15, 2004 at 2:15 p.m. if this date and time suits the Court's pleasure.

Sworn and subscribed to under the pains and penalties of perjury this 1st day of June 2004.

*[signature]*

FRANCIS M. O'BOY
41 Harrison Street
Taunton, MA 02780
(508) 823-1133
B.B.O. #375465
E-mail: francis_o_boy@hotmail.com