UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No: 04-10381MEL

| | |
|---|---|
| GREGORY GENDREAU and<br>AYSHIA STEPHENSON,<br><br>PLAINTIFFS<br><br>vs.<br><br>TOBIAS STAPLETON,<br><br>DEFENDANT | PLAINTIFF, GREGORY GENDREAU'S,<br>MOTION FOR APPROVAL OF REAL<br>ESTATE ATTACHMENT |

NOW COMES the Plaintiff, Gregory Gendreau, and pursuant to Federal Rules of Civil Procedure Rule 64, moves this Honorable Court for allowance of an attachment of the Defendant, Tobias Stapleton's, real estate located at 233 Gano Street, in Providence, Rhode Island, in the amount of Two Hundred Fifty Thousand ($250,000.00) Dollars.

AS GROUNDS THEREFOR, the Plaintiff says that the policy limits of the Defendant automobile insurance are clearly inadequate to satisfy any judgment ultimately entered in this action. See Affidavit filed herewith.

Counsel for Plaintiff certifies that he has conferred with counsel for the Defendant regarding this Motion for Real Estate Attachment, and no resolution was achieved.

GREGORY GENDREAU
By His Attorney,

*[signature]*

FRANCIS M. O'BOY, ESQUIRE
41 Harrison Street
Taunton, MA 02780
(508) 823-1133
BBO No: 351830

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT THE WITHIN MOTION FOR APPROVAL OF REAL ESTATE ATTACHMENT HAS BEEN ASSIGNED FOR HEARING ON **TUESDAY, AUGUST 24, 2004, AT 11:00 A.M.**

FRANCIS M. O'BOY, ESQUIRE

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2004, I caused a copy of the within Plaintiff, Gregory Gendreau's, Motion for Approval of Real Estate Attachment to be served upon the Defendant by mailing a copy of same, postage prepaid, directed to counsel of record for Defendant addressed as follows:

Attorney John T. Murray
Aleixo and Murray, P.C.
12 Taunton Green, Suite 204
Taunton, MA 02780

FRANCIS M. O'BOY, ESQUIRE