UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No: 04-10381MEL

| | | |
|---|---|---|
| **GREGORY GENDREAU and** | ) | |
| **AYSHIA STEPHENSON,** | ) | |
| | ) | |
| **PLAINTIFFS** | ) | |
| | ) | **AFFIDAVIT OF FRANCIS M. O'BOY** |
| **vs.** | ) | **IN SUPPORT OF PLAINTIFF, GREGORY** |
| | ) | **GENDREAU'S, MOTION FOR REAL** |
| | ) | **ESTATE ATTACHMENT** |
| **TOBIAS STAPLETON,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

**NOW COMES FRANCIS M. O'BOY,** counsel of record for the above-named Plaintiff, Gregory Gendreau, who on oath swore and deposed as follows:

1.) The Plaintiff, Gregory Gendreau, is 39 years of age. Prior to the date of the accident (July 30, 2002), he was employed as a full-time carpenter repairing organs making $640.00 per week, and he also worked a part-time job in construction on the weekends making an average of $345.00 per weekend.

2.) On July 30, 2002, as the result of his vehicle being struck in the rear by the Defendant, who was operating erratically at speeds of up to 100 miles per hour, the Plaintiff, who was seat-belted, was thrown from his vehicle onto Route 195W and suffered a right temporal fracture, left parietal fracture, cervical spine fracture, an open occipital fracture, status-post staples to the cranium, left auricular pain, scrapes over my head and all four limbs, suffered a hearing loss and persistent central dizziness with severe head trauma, vertigo, experienced positional disequilibrium, memory loss, post concussive syndrome, cognitive disorder, chronic pain syndrome, soft tissue swelling, hematoma overly9ing the left occipital bone fracture site, persistent headaches, a lack of ability to smell (CAT scan demonstrated mucosal thickening in the floor of the right maxillary sinus), and a CAT scan of the brain disclosed left temporal lobe intraparenchymal hemorrhage. The Plaintiff continues to suffer from severe major depression. He also continues to suffer from post-concussive syndrome, an organic mental disorder, cognitive disorder, memory loss and chronic pain syndrome.

3.) To date, Gregory Gendreau has incurred medical bills and expenses in the amount of $26,892.91. He has been classified by the Social Security Administration as being totally disabled and receives Disability Insurance Benefits.

4.) The Defendant, Tobias Stapleton, was insured by Commerce Insurance Company and had bodily injury limits in the amount of $100,000 per person, $300,000 per occurrence.

5.) The underinsured provisions of the Plaintiff's policy were less than the bodily injury limits of the Defendant's policy, and, thus, the Plaintiff cannot claim benefits under his own policy.

6.) Based upon the Plaintiff's injuries and disabilities as set forth above, there it is reasonable to estimate that the amount that might be recovered after trial, minus the limits of the Defendant's bodily injury insurance, would be in excess of $250,000.00

**WITNESS** my hand and seal this _____ day of August, 2004, under the pains and penalties of perjury.

FRANCIS M. O'BOY

COMMONWEALTH OF MASSACHUSETTS

Bristol, SS.                                               August ___, 2004

On this ___ day of August, 2004, before me, the undersigned notary public, personally appeared **FRANCIS M. O'BOY**, well known to me to be the person whose name is signed on the foregoing document, and he acknowledged to me that he signed it voluntarily for its stated purpose and swore and affirmed to me that the contents of the foregoing document are truthful and accurate to the best of his knowledge and belief, before me

Notary Public
My Com. Exp: