UNITED STATES DISTRICT COURT

District of Massachusetts
Case No.: 04-10381MEL

Gregory Gendreau and )
Ayshia Stephenson )
 )
V. )
 )
Tobias Stapleton )

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

The Plaintiffs, Gregory Gendreau and Ayshia Stephenson, represented by Francis M. O'Boy of Taunton, and the Defendant, Tobias Stapleton, represented by John Murray of Aleixo and Murray of Taunton submit the following joint statement to this Honorable Court for the purpose of submitting a proposed pretrial schedule as follows:

1. All written discovery including interrogatories, request for production of documents, request for admission etc. be completed within ninety (90) days of the scheduling conference.

2. That all depositions be completed within sixty (60) days after the completion of written discovery.

3. That any motions for summary judgment be filed with the court within forty-five days (45) after the completion of any depositions.

Counsel have conferred and affirm that they have agreed upon what in their best professional judgment would be the reasonable budgetary expectations for conducting the litigation. Counsel have further agreed to try the matter before a United States Magistrate Judge if this Honorable Court is disposed to so assign the case. Counsel also has agreed that the parties are amenable to alternative dispute resolution.

*Approved at Conference*
*This date (9/2/04)*
*Morris E Lasker*
*USDJ*

FRANCIS M. O'BOY, for the Plaintiffs
41 Harrison Street
Taunton, MA 02780
(508) 823-1133
B.B.O. #375465

1

_____
JOHN T. MURRAY
Aleixo & Murray P.C.
12 Taunton Green, Suite 204
Taunton, MA 02780
(508) 823-4561
B.B.O. # 364680

_____
Gregory Gendreau, Plaintiff

_____
Ayshia Stephenson, Plaintiff

_____
Authorized Representative for the
Defendant, Tobias Stapleton