UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No: 04-10381MEL

**GREGORY GENDREAU and**
**AYSHIA STEPHENSON,**                )

          **PLAINTIFFS**                )

          **vs.**                )

**TOBIAS STAPLETON,**                )

          **DEFENDANT**                )

**O R D E R**

    **AFTER HEARING** on the Plaintiff, Gregory Gendreau's, motion for attachment of real estate of the Defendant, Tobias Stapleton, at 233 Gano Street, in Providence, Rhode Island, the Court orders as follows:

1.) The Defendant, Tobias Stapleton, is not to sell, transfer, alienate or in any way hypothecate the premises owned by him at said 233 Gano Street until further order of this Court.

2.) In the event the Defendant, Tobias Stapleton, agrees to sell, transfer, alienate or in any way hypothecate the said premises, he shall immediately inform his attorney of the contemplated sale, who shall in turn notify counsel for the Plaintiff, Gregory Gendreau.

By the Court,

*Morris E Lasker*

**MORRIS E. LASKER, DCJ**

Dated: _9/2/04_