UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10381MEL

*******************************
GREGORY GENDREAU and          )
AYSHIA STEPHENSON             )
    Plaintiffs                )
                              )    **STIPULATION OF DISMISSAL**
v.                            )
                              )
TOBIAS STAPLETON              )
    Defendant                 )
*******************************

FILED
IN CLERKS OFFICE

2005 FEB 10  P 1:41

U.S. DISTRICT COURT
DISTRICT OF MASS

Pursuant to Rule 41(a)(1)(ii), the parties herein have stipulated that this action on behalf of the Plaintiffs, Gregory Gendreau and Ayshia Stephenson and the Defendant, Tobias Stapleton, be dismissed with prejudice and without costs.

Attorney for the Plaintiff,

_____
Francis M. O'Boy, Esquire
41 Harrison Street
Taunton, MA 02780

B.B.O. No.: 375465

Dated: 1/25/05

Attorney for the Defendant,

_____
John T. Murray, Esquire
Law Offices of
Aleixo and Murray, P.C.
12 Taunton Green, Suite 204
Taunton, MA 02780
B.B.O. No.: 364680

Dated: 2/3/05

CERTIFICATE OF SERVICE

The undersigned on behalf of counsel for the Defendant hereby certifies that service of the foregoing **STIPULATION OF DISMISSAL** were given this day to the Plaintiff by mailing, postage prepaid, a copy of same to

Francis M. O'Boy, Esquire
41 Harrison Street
Taunton, MA 02780

Signed under the penalties of perjury on Feb. 8, 2005

_____
Law Offices of
Aleixo & Murray, P.C.
12 Taunton Green, Suite 204
P.O. Box 4008
Taunton, MA 02780-4008
(508) 823-4561